## THIRD DEPARTMENT, APRIL, 1969

## (April 18, 1969)

■ In the Matter of the Arbitration between WILLIAM FRAME, Respondent, and AMERICAN MOTORISTS INSURANCE COMPANY, Appellant. MOTOR VEHICLE ACCIDENT IDEMNIFICATION CORPORATION, Intervenor-Respondent.— Motion for reargument granted, without costs, and upon reargument, we adhere to our original determination reversing the order appealed from and remitting the matter to Special Term to determine whether or not the infant Mark Frame falls within the scope of the uninsured motorist protection afforded by appellant's policy. Our alternative holding is deleted since it now appears for the first time that an order permitting submission of the infant's claim to arbitration was obtained albeit not until after service of the demand for arbitration. We do not pass upon the question whether the service of the demand for arbitration under these circumstances was proper. Motion for permission to appeal to the Court of Appeals denied, without costs. Gibson, P. J., Aulisi, Staley, Jr., Cooke and Greenblott, JJ., concur.

■ NEW YORK STATE THRUWAY AUTHORITY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 43807.) — Motion for permission to appeal to the Court of Appeals granted, without costs. Decision dated March 11, 1969 and order dated March 12, 1969 amended to provide that the judgment appealed from be modified, on the law, in accordance with the memorandum decision and case remitted to the Court of Claims for proceedings not inconsistent with the memorandum decision, and, as so modified, affirmed, without costs. Findings of fact have not been considered. The following question shall be certified as decisive of the correctness of our determination: Was the judgment of the Court of Claims in accord with the remittitur of the Court of Appeals? Gibson, P. J., Herlihy, Reynolds, Aulisi and Greenblott, JJ., concur.

## (April 21, 1969)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE HUNT, Appellant.— REYNOLDS, J. P. Appeal from an order of the County Court, St. Lawrence County, denying appellant's application for a writ of error *coram nobis,* without a hearing. Appellant's attack upon the sufficiency of the indictment on the ground that it was founded upon incompetent evidence before the Grand Jury cannot prevail where as here he failed to raise such contentions prior to the entry of a plea of guilty and judgment thereon (e.g., *People ex rel. Newman* v. *McMann,* 29 A D 2d 704, mot. for lv. to app. den. 21 N Y 2d 644; *People* v. *Moore,* 30 A D 2d 720; *People* v. *Brown,* 22 A D 2d 920). Nor do we find any merit in appellant's additional contentions and, accordingly, the order must be affirmed. Order affirmed. Reynolds, J. P., Aulisi, Staley, Jr., Cooke and Greenblott, JJ., concur in memorandum by Reynolds, J. P.